[Nos. 8974–9–I; 8982–0–I.  Division One.  March 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
NORMAN ESTER, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. WALTER
JAMES DAVY, JR., *Appellant.*

Appeals from judgments of the Superior Court for King
County, No. 80–1–00344–1, H. Joseph Coleman, J., entered
June 18 and June 11, 1980. *Reversed* and *remanded* by
unpublished per curiam opinion.

[No. 6045–1–II.  Division Two.  March 20, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH
W. ELLIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 81–1–00616–9, Nile E. Aubrey, J., entered
December 1, 1981. *Affirmed* by unpublished opinion per
Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 5412–8–III.  Division Three.  March 20, 1984.]

THOMAS R. WAGNER, ET AL, *Respondents,* v. MARVIN
R. CRAIG, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 81–2–01258–0, Robert S. Day, J., entered
July 1, 1982. *Affirmed* by unpublished opinion per Thomp-
son, J., concurred in by Munson, C.J., and Green, J.